and Firemen's Retirement System in light of *Richardson v. Board of Trustees, Police and Firemen's Retirement System,* 192 *N.J.* 189, 927 *A.*2d 543 (2007).

927 A.2d 1289

NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, PLAINTIFF–RESPONDENT, v. G.M., DEFENDANT–PETITIONER, AND A.F.M., DEFENDANT.

IN THE MATTER OF THE GUARDIANSHIP
OF M.M. AND C.R., MINORS.

July 30, 2007.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reconsider in light of *Division of Youth and Family Services v. B.R.,* 192 *N.J.* 301, 929 *A.*2d 1034 (2007).

927 A.2d 1289

NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, PLAINTIFF–RESPONDENT, v. G.M., DEFENDANT, AND A.F.M., DEFENDANT–PETITIONER.

IN THE MATTER OF THE GUARDIANSHIP
OF M.M. AND C.R., MINORS.

July 30, 2007.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to recon-